**Dismissed and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00505-CV

**MARJORIE WASHINGTON AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**VRH MT. VERNON D/B/A MOUNT VERNON APTS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01435-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By order dated January 30, 2015, we ordered this appeal submitted without a reporter's record and appellant's brief to be filed within thirty days because appellant failed to respond to our August 19, 2014 letter directing appellant to provide the Court with written verification she had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. By postcard dated March 3, 2015, we notified appellant the time for filing her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).

140505F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARJORIE WASHINGTON AND ALL
OTHER OCCUPANTS, Appellant

No. 05-14-00505-CV        V.

VRH MT. VERNON D/B/A MOUNT
VERNON APTS, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-01435-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee VRH MT. VERNON D/B/A MOUNT VERNON APTS recover its costs of this appeal from appellant MARJORIE WASHINGTON AND ALL OTHER OCCUPANTS.

Judgment entered July 30, 2015.